**Order entered April 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00449-CV

### WHITEHEAD VINCENT, Appellant

### V.

### BULLDOG BATTERY CORPORATION, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04037-2011**

## ORDER

Before Justices, Lang-Miers, Myers, and Lewis

Appellant's April 10, 2013 Second Motion for Rehearing is **DENIED**.

/s/     DAVID LEWIS
          JUSTICE